B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**RevCare, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**84-1061382** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5400 Orange Avenue**<br>**Cypress, CA**<br>ZIP Code **90630** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**5400 Orange Avenue, Suite 200**<br>**Cypress, CA**<br>ZIP Code **90630** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☒ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** **Marjorie A. Guymon, Esq. 4983** ***

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                                                          **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **RevCare, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br> Signature of Attorney for Debtor(s)              (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br> _____<br> (Name of landlord that obtained judgment)<br><br><br> _____<br> (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                   **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **RevCare, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** **/s/ Marjorie A. Guymon, Esq.** _____
Signature of Attorney for Debtor(s)

**Marjorie A. Guymon, Esq. 4983** _____
Printed Name of Attorney for Debtor(s)

**Goldsmith & Guymon** _____
Firm Name

**2055 N. Village Center Circle**
**Las Vegas, NV 89134** _____

_____
Address

**(702) 873-9500  Fax: 702) 873-9600** _____
Telephone Number

**January 11, 2008** _____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Brian Bezdek** _____
Signature of Authorized Individual

**Brian Bezdek** _____
Printed Name of Authorized Individual

**CFO Equicare Capital, Inc.** _____
Title of Authorized Individual

**January 11, 2008** _____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **RevCare, Inc.**                                    ,          Case No. _____
                              Debtor

                                                                        Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 11 | 2,187,778.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,277,778.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 12,981,389.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| | | Total Assets | 2,187,778.00 | | |
| | | Total Liabilities | | 14,259,167.93 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Nevada

In re    **RevCare, Inc.**                                 ,      Case No. _____

                                                Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **RevCare, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **RevCare, Inc.**                                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Union Bank-Collateral Cash Account to Secure line of credit** | - | **1,000,000.00** |
| | | **Union Bank Certificate of Deposit - security on line of credit with Capitol Indemnity for collection license** | - | **65,000.00** |
| | | **Union Bank Certificate of Deposit - security for line of credit for collection license** | - | **10,000.00** |
| | | **Union Bank Collateral Cash Account to secure note payable** | - | **277,778.00** |
| | | **Comerica Bank Certificate of Deposit to secure Nevada Collection License** | - | **35,000.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total > | **1,387,778.00** |
|---|---:|---:|
|  | (Total of this page) | |

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **RevCare, Inc.**                                                                                   ,     Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Cypress Funding Corporation | - | 0.00 |
| | | Lien Solutions, Inc. | - | 0.00 |
| | | Medical Control Services, Inc. | - | 0.00 |
| | | Pacific Process Servicing, Inc. | - | 0.00 |
| | | Orange County Professional Services, Inc. | - | 0.00 |
| | | Merchants Recovery Services, Inc. | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | collection receivables | - | 500,000.00 |
| | | PracticeXpert, Inc. 23975 Park Sorrento, Suite 110 Calabasas, Ca, 91302 | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >     **500,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re     **RevCare, Inc.**                                                          ,     Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Trademarks for Revcare and Design registration #2,623,512 and #2,627,456** | - | **0.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Collection licenses in TX, IA, UT, NYC & Buffalo, NY** | - | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Health care collection accounts - protected under Federal law & subject to return to account holder** | - | **0.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See attached asset details** | - | **300,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >     **300,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **RevCare, Inc.**                                             ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Total >          **2,187,778.00**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Sch B #13

## ENTITY DESCRIPTION

| Name | Ownership | Description of Operations | Date Started | State of Incorporation |
|------|-----------|--------------------------|--------------|------------------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Cypress Funding Corporation 1998 | 100% Owned by RevCare, Inc. | Debt Purchase Entity (inactive) | August 1998 - 2004 | California |
| Lien Solutions, Inc. | 100% Owned by RevCare, Inc. | Inactive, except to the extent judgments rendered in favor of the company are still being enforced | December 1985 – on-going to extent noted in description | California |
| Medical Control Services, Inc. | 100% Owned by RevCare, Inc. | Inactive, except to the extent judgments rendered in favor of the company are still being enforced | June 1977 – on-going to extent noted in description | California |
| Pacific Process Servicing, Inc. | 100% Owned by RevCare, Inc. | Process Server (inactive) | March 1982 - 2005 | California |
| Orange County Professional Services, Inc. | 100% Owned by RevCare, Inc. | Holds Debt Collection license in the State of Nevada | October 1975 – on-going. | California |
| Merchants Recovery Services, Inc. | 100% Owned by RevCare, Inc. | Inactive, except to the extent judgments rendered in favor of the company are still being enforced | February 1982 – on-going to extent noted in description | California |

| Equipment Description | Date Acq | Cost | Method | Life | 9/30/1999 Accumulated Deprec. | Monthly Deprec. | 9/30/2007 Accumulated Deprec. | Net |
|---|---|---|---|---|---|---|---|---|
| Wiring upgrades | 4/1/1998 | 1,662.48 | SL | 7 | 356.00 | 19.79 | 1,662.48 | - |
| Training projector | 7/27/1998 | 312.00 | SL | 7 | 51.00 | 3.71 | 312.00 | - |
| Training Screen | 7/27/1998 | 858.00 | SL | 7 | 142.00 | 10.21 | 858.00 | - |
| Telephone upgrades | 9/3/1998 | 1,922.00 | SL | 7 | 296.00 | 22.88 | 1,922.00 | - |
| Telephone upgrades | 9/30/1998 | 14,489.00 | SL | 7 | 2,069.00 | 172.49 | 14,489.00 | - |
| Telephone switch | 11/30/1998 | 126,129.00 | SL | 7 | 15,015.00 | 1,501.54 | 126,129.00 | - |
| 12 telephones/cables | 2/25/1999 | 8,251.00 | SL | 7 | 687.00 | 98.23 | 8,251.00 | - |
| Capital Lease - Voice Logger | 2/28/1999 | 74,607.00 | SL | 7 | 6,217.00 | 888.18 | 74,607.00 | - |
| 5 telephones | 3/30/1999 | 1,727.00 | SL | 7 | 123.00 | 20.56 | 1,727.00 | - |
| Tele Digital card | 4/26/1999 | 2,161.00 | SL | 7 | 128.00 | 25.73 | 2,161.00 | - |
| 3 Multi Line sets | 4/30/1999 | 751.00 | SL | 7 | 44.00 | 8.94 | 751.00 | - |
| 10 telephones | 5/10/1999 | 4,631.00 | SL | 7 | 248.00 | 55.13 | 4,631.00 | - |
| Telephone/wiring | 5/27/1999 | 1,864.00 | SL | 7 | 88.00 | 22.19 | 1,864.00 | - |
| 220 Power Shredder - Legal | 8/18/1999 | 419.08 | SL | 7 | 7 | 4.99 | 419.08 | - |
| 220 Power Shredder - MCSI | 8/18/1999 | 419.08 | SL | 7 | 7 | 4.99 | 419.08 | - |
| 220 Power Shredder - MRSI | 8/18/1999 | 419.08 | SL | 7 | 7 | 4.99 | 419.08 | - |
| PS 75 Shredder - Roxanne | 8/18/1999 | 205.00 | SL | 7 | 3 | 2.44 | 205.00 | - |
| Equipment | 5/31/2000 | 4,786.69 | SL | 5 | - | 79.78 | 4,786.69 | - |
| SMS Equipment | 6/30/2000 | 22,250.00 | SL | 5 | - | 370.83 | 22,250.00 | - |
| Dell Computer | 7/31/2000 | 14,240.26 | SL | 5 | - | 237.34 | 14,240.26 | - |
| Dell Computer | 7/31/2000 | 1,285.49 | SL | 5 | - | 21.42 | 1,285.49 | - |
| Dimension Funding - Oracle | 8/14/2000 | 136,986.19 | SL | 3 | - | 3,805.17 | 136,986.19 | - |
| Dimension Funding - Oracle | 8/29/2000 | 9,400.00 | SL | 3 | - | 261.11 | 9,400.00 | - |
| 14 HP Desk Jet 400, 600x300 | 8/31/2000 | 868.59 | SL | 5 | - | 14.48 | 868.59 | - |
| 2 HP Desk Jet 400, 600x300 | 8/31/2000 | 124.08 | SL | 5 | - | 2.07 | 124.08 | - |
| 6 HP Desk Jet 400, 600x300 | 8/31/2000 | 372.25 | SL | 5 | - | 6.20 | 372.25 | - |
| Dimension Funding - Oracle | 9/21/2000 | 20,000.00 | SL | 3 | - | 555.56 | 20,000.00 | - |
| Dimension Funding - Oracle | 9/30/2000 | (129,826.00) | SL | 3 | - | (3,606.28) | (129,826.00) | - |
| SMS Equipment | 9/30/2000 | 19,331.76 | SL | 5 | - | 322.20 | 19,331.76 | - |
| SMS Equipment | 9/30/2000 | 20,157.50 | SL | 5 | - | 335.96 | 20,157.50 | - |
| Adjust Dimension Funding - Oracle (Rvs $1369 | 10/1/2000 | | SL | 3 | - | - | - | - |
| Reverse PAJE #116 | 10/1/2000 | (2,224.00) | SL | 3 | - | (61.78) | (2,224.00) | - |
| Dimension Funding - Hardware | 10/3/2000 | 33,718.46 | SL | 5 | - | 561.97 | 33,718.46 | - |
| Computer Factory | 10/12/2000 | 1,018.24 | SL | 5 | - | 16.97 | 1,018.24 | - |
| SMS Equipment - Software | 10/31/2000 | 26,051.76 | SL | 5 | - | 434.20 | 26,051.76 | - |
| SPOC I&M Inc. | 11/9/2000 | 3,258.78 | SL | 5 | - | 54.31 | 3,258.78 | - |
| SPOC I&M Inc. | 11/28/2000 | 962.42 | SL | 5 | - | 16.04 | 962.42 | - |
| P.C., P.C. - Print Server / Processor | 12/14/2000 | 2,063.59 | SL | 5 | - | 34.39 | 2,063.59 | - |
| Fred Mcgee - Toshiba Satelite Laptop | 12/31/2000 | 2,719.70 | SL | 5 | - | 45.33 | 2,719.70 | - |
| Impact - 12/31 | 12/31/2000 | 4,404.56 | SL | 5 | - | 73.41 | 4,404.56 | - |
| Ken Leighton - Sony F810 laptop | 12/31/2000 | 1,382.44 | SL | 5 | - | 23.04 | 1,382.44 | - |
| Merlin Information System - Software | 12/31/2000 | 9,190.00 | SL | 5 | - | 153.17 | 9,190.00 | - |
| Onsite Computers - Hardware - Upgrade | 12/31/2000 | 1,159.92 | SL | 5 | - | 19.33 | 1,159.92 | - |
| Onsite Computers - Workstations PC 500 | 12/31/2000 | 7,646.40 | SL | 5 | - | 127.44 | 7,646.40 | - |
| SMS - Software | 12/31/2000 | 12,845.44 | SL | 5 | - | 214.09 | 12,845.44 | - |
| SPOC I&M Inc. | 12/31/2000 | 221.00 | SL | 5 | - | 3.68 | 221.00 | - |
| Refund on deposit Dimension Funding - Oracle | 9/21/2000 | (20,000.00) | SL | 3 | - | (555.56) | (20,000.00) | - |
| Onsite Computers - Hardware - Upgrade | 1/8/2001 | 645.17 | SL | 5 | - | 10.75 | 645.17 | - |
| Onsite Computers - Workstations PC 500 | 1/8/2001 | 15,998.27 | SL | 5 | - | 266.64 | 15,998.27 | - |
| Spoc I & M Inc - Cabling | 1/11/2001 | 8,392.00 | SL | 5 | - | 139.87 | 8,392.00 | - |
| Dimension Funding - Oracle REFUND | 2/5/2001 | (9,400.00) | SL | 3 | - | (261.11) | (9,400.00) | - |
| Onsite Computers - Toshiba Laptop | 2/6/2001 | 4,529.52 | SL | 5 | - | 75.49 | 4,529.52 | - |
| Onsite Computers - HP Printers | 2/7/2001 | 851.04 | SL | 5 | - | 14.18 | 851.04 | - |
| Onsite Computers - HP Printers | 2/7/2001 | 4,487.88 | SL | 5 | - | 74.80 | 4,487.88 | - |
| Progressive Communications - Cat 3 Cabling S | 2/14/2001 | 1,219.32 | SL | 5 | - | 20.32 | 1,219.32 | - |
| Onsite Computers - Workstations PC 500 | 2/19/2001 | 7,884.00 | SL | 5 | - | 131.40 | 7,884.00 | - |
| Onsite Computers - Workstations PC 500 | 2/27/2001 | 2,365.20 | SL | 5 | - | 39.42 | 2,365.20 | - |
| DAOU Systems, Inc. - Software | 3/2/2001 | 5,000.00 | SL | 5 | - | 83.33 | 5,000.00 | - |
| CDW Computer Center - Projector | 3/15/2001 | 3,030.29 | SL | 5 | - | 50.50 | 3,030.29 | - |
| SPOC I&M Inc. - Cabling | 3/15/2001 | 4,356.76 | SL | 5 | - | 72.61 | 4,356.76 | - |
| Onsite Computers - Hardware - Upgrade | 3/19/2001 | 1,262.52 | SL | 5 | - | 21.04 | 1,262.52 | - |
| Onsite Computers - Workstations PC 500 | 3/21/2001 | 2,417.04 | SL | 5 | - | 40.28 | 2,417.04 | - |
| Onsite Computers - Toshiba Laptop | 3/23/2001 | 2,149.20 | SL | 5 | - | 35.82 | 2,149.20 | - |
| DAOU Systems, Inc. - Software | 3/26/2001 | 8,950.36 | SL | 5 | - | 149.17 | 8,950.36 | - |
| Onsite Computers - Workstations PC 500 | 3/29/2001 | 8,395.60 | SL | 5 | - | 139.93 | 8,395.60 | - |
| CPS Equipment | 3/31/2001 | (401.23) | SL | 3 | - | (11.15) | (401.23) | - |
| DAOU Systems, Inc. - Software | 4/10/2001 | 2,873.84 | SL | 5 | - | 47.90 | 2,873.84 | - |

| Equipment<br>Description | Date Acq | Cost | Method | Life | 9/30/1999<br>Accumulated<br>Deprec | Monthly<br>Deprec | 9/30/2007<br>Accumulated<br>Deprec | Net |
|---|---|---|---|---|---|---|---|---|
| SPOC I&M Inc.- Cabling | 4/10/2001 | 5,090.13 | SL | 5 | - | 84.84 | 5,090.13 | - |
| Onsite Computers - Toshiba Laptop/ Hardware | 4/11/2001 | 7,405.56 | SL | 5 | - | 123.43 | 7,405.56 | - |
| Onsite Computers - Hardware - Upgrade | 5/2/2001 | 1,590.84 | SL | 5 | - | 26.51 | 1,590.84 | - |
| Onsite Computers - Hardware - Upgrade | 5/7/2001 | 5,839.56 | SL | 5 | - | 97.33 | 5,839.56 | - |
| Onsite Computers - Workstations PC 500 | 5/21/2001 | 4,033.80 | SL | 5 | - | 67.23 | 4,033.80 | - |
| Global Works Systems - Software | 6/5/2001 | 9,432.50 | SL | 5 | - | 157.21 | 9,432.50 | - |
| Global Works Systems - Software | 6/5/2001 | 10,902.50 | SL | 5 | - | 181.71 | 10,902.50 | - |
| Global Works Systems - Software | 6/5/2001 | 9,380.00 | SL | 5 | - | 156.33 | 9,380.00 | - |
| CDW Computer Center - Hp Fax/Copiers | 6/25/2001 | 1,287.00 | SL | 5 | - | 21.45 | 1,287.00 | - |
| DAOU Systems, Inc. - Software | 6/25/2001 | 9,585.84 | SL | 5 | - | 159.76 | 9,585.84 | - |
| Ingenis Publishing - Software | 7/16/2001 | 549.95 | SL | 5 | - | 9.17 | 549.95 | - |
| Ingenis Publishing - Software | 7/16/2001 | 2,719.75 | SL | 5 | - | 45.33 | 2,719.75 | - |
| Priority Business Services - Okidata Dotmatrix | 7/17/2001 | 3,168.28 | SL | 5 | - | 52.80 | 3,168.28 | - |
| Onsite Computers - Hardware - Upgrade | 7/30/2001 | 4,786.56 | SL | 5 | - | 79.78 | 4,786.56 | - |
| IDX - Software | 7/31/2001 | 1,219.29 | SL | 5 | - | 20.32 | 1,219.29 | - |
| IDX - Software | 7/31/2001 | 21,525.00 | SL | 5 | - | 358.75 | 21,525.00 | - |
| SPOC I&M Inc. - Cabling | 8/13/2001 | 2,096.25 | SL | 5 | - | 34.94 | 2,096.25 | - |
| Global Works Systems - Software | 8/21/2001 | 4,672.50 | SL | 5 | - | 77.88 | 4,672.50 | - |
| Global Works Systems - Software | 8/21/2001 | 4,042.50 | SL | 5 | - | 67.38 | 4,042.50 | - |
| Global Works Systems - Software | 8/21/2001 | 9,380.00 | SL | 5 | - | 156.33 | 9,380.00 | - |
| IDX - Software | 8/21/2001 | 31,012.00 | SL | 5 | - | 516.87 | 31,012.00 | - |
| SPOC I&M Inc. - Cabling | 8/22/2001 | 3,063.75 | SL | 5 | - | 51.06 | 3,063.75 | - |
| Pacific Mailing Equipment - Modle 3105 Mail M | 8/31/2001 | 3,219.63 | SL | 5 | - | 53.66 | 3,219.63 | - |
| IDX - Software | 9/11/2001 | 18,638.00 | SL | 5 | - | 310.63 | 18,638.00 | - |
| IDX - Software | 9/11/2001 | 32,900.00 | SL | 5 | - | 548.33 | 32,900.00 | - |
| SPOC I&M Inc. - Cabling | 9/11/2001 | 6,127.50 | SL | 5 | - | 102.13 | 6,127.50 | - |
| Global Works Systems - Software | 9/19/2001 | 2,700.00 | SL | 5 | - | 45.00 | 2,700.00 | - |
| Global Works Systems - Software | 9/19/2001 | 4,672.50 | SL | 5 | - | 77.88 | 4,672.50 | - |
| Global Works Systems - Software | 9/19/2001 | 4,042.50 | SL | 5 | - | 67.38 | 4,042.50 | - |
| Global Works Systems - Software | 9/19/2001 | 1,350.00 | SL | 5 | - | 22.50 | 1,350.00 | - |
| Global Works Systems - Software | 9/19/2001 | 4,020.00 | SL | 5 | - | 67.00 | 4,020.00 | - |
| Global Works Systems - Software | 9/28/2001 | 2,850.00 | SL | 5 | - | 47.50 | 2,850.00 | - |
| Global Works Systems - Software | 9/28/2001 | 2,250.00 | SL | 5 | - | 37.50 | 2,250.00 | - |
| IDX - Software | 9/28/2001 | 7,262.34 | SL | 5 | - | 121.04 | 7,262.34 | - |
| Total Bis - Great Plains Software | 9/28/2001 | 14,206.07 | SL | 5 | - | 236.77 | 14,206.07 | - |
| IDX - Software | 10/4/2001 | 98,459.00 | SL | 5 | - | 1,640.98 | 98,459.00 | - |
| Global Works Systems - Software | 10/18/2001 | 2,250.00 | SL | 5 | - | 37.50 | 2,250.00 | - |
| Global Works Systems - Software | 10/24/2001 | 5,074.10 | SL | 5 | - | 84.57 | 5,074.10 | - |
| IDX - Software | 11/1/2001 | 5,417.43 | SL | 5 | - | 90.29 | 5,417.43 | - |
| IDX - Software | 11/6/2001 | 28,074.00 | SL | 5 | - | 467.90 | 28,074.00 | - |
| CDW Computer Center | 11/9/2001 | 1,539.00 | SL | 5 | - | 25.65 | 1,539.00 | - |
| CDW Computer Center | 11/15/2001 | 1,678.96 | SL | 5 | - | 27.98 | 1,678.96 | - |
| IDX - Software | 11/21/2001 | 4,082.19 | SL | 5 | - | 68.04 | 4,082.19 | - |
| DAOU Systems, Inc. - Software | 11/27/2001 | 6,159.01 | SL | 5 | - | 102.65 | 6,159.01 | - |
| IDX - Software | 12/6/2001 | 25,799.00 | SL | 5 | - | 429.98 | 25,799.00 | - |
| Phillip Joujon-Roche (laptop) | 12/19/2001 | 2,211.19 | SL | 5 | - | 36.85 | 2,211.19 | - |
| IDX - Software | 1/7/2002 | 2,450.00 | SL | 5 | - | 40.83 | 2,450.00 | - |
| SPOC I&M Inc. | 1/8/2002 | 4,606.31 | SL | 5 | - | 76.77 | 4,606.31 | - |
| IDX - Software | 1/31/2002 | 8,400.00 | SL | 5 | - | 140.00 | 8,400.00 | - |
| IDX - Software | 1/31/2002 | 2,475.21 | SL | 5 | - | 41.25 | 2,475.21 | - |
| SPOC I&M Inc. | 1/31/2002 | 1,425.00 | SL | 5 | - | 23.75 | 1,425.00 | - |
| DAOU Systems, Inc. - Software | 2/10/2002 | 1,050.00 | SL | 5 | - | 17.50 | 1,050.00 | - |
| IDX - Software | 4/24/2002 | 667.30 | SL | 5 | - | 11.12 | 667.30 | - |
| CDW Computer Center | 5/1/2002 | 667.76 | SL | 5 | - | 11.13 | 667.76 | - |
| Compaq (HP) | 9/1/2002 | 25,150.00 | SL | 5 | - | 419.17 | 25,150.00 | - |
| Citicorp capital lease | 9/30/2004 | 120,429.70 | SL | 5 | - | 2,007.16 | 72,257.82 | 48,171.88 |
| Global Works Systems | 5/26/2005 | (150.00) | SL | 5 | - | (2.50) | (150.00) | - |
| Dell Financial Services - servers | 1/20/2006 | 35,907.00 | SL | 5 | - | 598.45 | 12,168.48 | 23,738.52 |
| Dell Financial Services - computers | 1/20/2006 | 77,620.76 | SL | 5 | - | 1,293.68 | 26,304.81 | 51,315.95 |
| Dell Financial Services - laptops | 2/20/2006 | 50,872.28 | SL | 5 | - | 847.87 | 16,392.18 | 34,480.10 |
| Dell Financial Services - sales tax | 2/23/2006 | 8,638.42 | SL | 5 | - | 143.97 | 2,769.09 | 5,869.33 |
| Dell Financial Services - sales tax | 3/16/2006 | 3,865.44 | SL | 5 | - | 64.42 | 1,189.70 | 2,675.74 |
| Integrated | 1/31/2007 | 29,301.15 | SL | 5 | - | 488.35 | 3,906.82 | 25,394.33 |
| Ontario Systems | 2/1/2007 | 231,032.00 | SL | 5 | - | 3,850.53 | 30,675.92 | 200,356.08 |
| Barracuda Networks | 2/21/2007 | 4,691.92 | SL | 5 | - | 78.20 | 570.85 | 4,121.07 |
| Integrated Technology | 2/21/2007 | 7,821.71 | SL | 5 | - | 130.36 | 951.64 | 6,870.07 |
| Sigmanet Inc. | 2/21/2007 | 10,930.42 | SL | 5 | - | 182.17 | 1,329.87 | 9,600.55 |

| Equipment Description | Date Acq | Cost | Method | Life | 9/30/1999 Accumulated Deprec | Monthly Deprec | 9/30/2007 Accumulated Deprec | Net |
|---|---|---|---|---|---|---|---|---|
| Bird Rock Systems | 2/21/2007 | 4,060.57 | SL | 5 | | 67.68 | 494.04 | 3,566.53 |
| Insight | 2/27/2007 | 1,797.00 | SL | 5 | | 29.95 | 212.65 | 1,584.35 |
| Dell Marketing L.P. | 2/27/2007 | 1,406.12 | SL | 5 | | 23.44 | 166.39 | 1,239.73 |
| Dell Marketing L.P. | 3/8/2007 | 1,330.72 | SL | 5 | | 22.18 | 149.34 | 1,181.38 |
| Rycom, Inc. | 3/9/2007 | 9,635.72 | SL | 5 | | 160.60 | 1,075.99 | 8,559.73 |
| Dell Marketing L.P. | 4/3/2007 | 47,896.79 | SL | 5 | | 798.28 | 4,709.85 | 43,186.94 |
| Dell Marketing L.P. | 4/16/2007 | 2,013.87 | SL | 5 | | 33.56 | 183.49 | 1,830.38 |
| Ontario Systems | 4/17/2007 | 25,725.00 | SL | 5 | | 428.75 | 2,329.54 | 23,395.46 |
| Dell Marketing L.P. | 4/20/2007 | 132,832.18 | SL | 5 | | 2,213.87 | 11,807.30 | 121,024.88 |
| Ontario Systems | 5/1/2007 | 16,200.00 | SL | 5 | | 270.00 | 1,341.00 | 14,859.00 |
| Ontario Systems | 5/1/2007 | 5,072.92 | SL | 5 | | 84.55 | 419.93 | 4,652.99 |
| Dell Financial Services | 5/16/2007 | 15,339.44 | SL | 5 | | 255.66 | 1,141.94 | 14,197.50 |
| Dell Marketing L.P. | 6/14/2007 | 1,942.58 | SL | 5 | | 32.38 | 114.40 | 1,828.18 |
| Dell Marketing L.P. | 7/1/2007 | 31,014.68 | SL | 5 | | 516.91 | 1,533.50 | 29,481.18 |
| Ontario Systems | 7/1/2007 | 17,025.00 | SL | 5 | | 283.75 | 841.79 | 16,183.21 |
| Dell Financial Services | 7/2/2007 | 56,619.78 | SL | 5 | | 943.66 | 2,768.08 | 53,851.70 |
| Dell Marketing L.P. | 7/3/2007 | 1,842.01 | SL | 5 | | 30.70 | 89.03 | 1,752.98 |
| Ontario Systems | 7/10/2007 | 12,068.29 | SL | 5 | | 201.14 | 536.37 | 11,531.92 |
| Integrated Technology | 7/10/2007 | 4,513.85 | SL | 5 | | 75.23 | 200.62 | 4,313.23 |
| Ontario Systems | 7/16/2007 | 45,697.15 | SL | 5 | | 761.62 | 1,878.66 | 43,818.49 |
| Insight | 7/19/2007 | 1,858.69 | SL | 5 | | 30.98 | 73.31 | 1,785.38 |
| Dell Financial Services | 7/24/2007 | 6,657.97 | SL | 5 | | 110.97 | 244.13 | 6,413.84 |
| Ontario Systems | 8/21/2007 | 232,715.17 | SL | 5 | | 3,878.59 | 5,042.16 | 227,673.01 |
| Integrated Technology | 9/1/2007 | 9,875.56 | SL | 5 | | 164.59 | 159.11 | 9,716.45 |
| Dell Marketing L.P. | 9/4/2007 | 1,768.54 | SL | 5 | | 29.48 | 25.55 | 1,742.99 |
| Dell Financial Services | 9/15/2007 | 56,619.78 | SL | 5 | | 943.66 | 471.83 | 56,147.95 |
| Insight | 9/4/2007 | 13,226.32 | SL | 5 | | 220.44 | 191.05 | 13,035.27 |
| Adjustment from purchase/Write-off of fully depreciated assets | | (563,356.00) | | | | | (563,356.00) | - |
| | | 1,779,247.08 | | | 25,488.00 | 37,946.98 | 648,098.81 | 1,131,148.27 |

| Description | Date Acq | Cost | Method | Life | 9/30/1999 Accumulated Deprec | Monthly Deprec | 9/30/2007 Accumulated Deprec | Net |
|---|---|---|---|---|---|---|---|---|
| Carpets - R Keyes | 3/18/1998 | 950.46 | SL | 7 | 202 | 11.32 | 950.46 | |
| Training room re-wire | 6/11/1998 | 2,885.00 | SL | 7 | 515 | 34.35 | 2,885.00 | |
| Carpets - Room 215 | 8/12/1998 | 1,250.00 | SL | 7 | 200 | 14.88 | 1,250.00 | |
| Training room build-out | 8/13/1998 | 9,775.00 | SL | 7 | 1570 | 116.37 | 9,775.00 | |
| Electrical work | 8/31/1998 | 720.00 | SL | 7 | 64.00 | 8.57 | 720.00 | |
| Carpets - MCSI/LSI | 9/21/1998 | 7,630.00 | SL | 7 | 1111 | 90.83 | 7,630.00 | |
| Mini-blinds | 9/22/1998 | 211.54 | SL | 7 | 17.63 | 2.52 | 211.54 | |
| Carpets - Room 222 | 10/5/1998 | 377.00 | SL | 7 | 53 | 4.49 | 377.00 | |
| Tile - File Room | 10/19/1998 | 1,140.00 | SL | 7 | 162 | 13.57 | 1,140.00 | |
| Carpets | 1/27/1999 | 8,488.00 | SL | 7 | 909 | 101.05 | 8,488.00 | |
| Formica Tops - MCSI | 2/2/1999 | 1,170.00 | SL | 7 | 111 | 13.93 | 1,170.00 | |
| Sink, Cabinet - MCSI | 2/8/1999 | 550.00 | SL | 7 | 52 | 6.55 | 550.00 | |
| Tile - File Room | 2/12/1999 | 1,000.00 | SL | 7 | 89 | 11.90 | 1,000.00 | |
| Telephone cable/wiring | 2/16/1999 | 13,877.00 | SL | 7 | 1239 | 165.20 | 13,877.00 | |
| Cabinets/Counters-Emp | 3/8/1999 | 6,850.00 | SL | 7 | 489 | 81.55 | 6,850.00 | |
| Tile - Employee Lounge | 3/22/1999 | 2,700.00 | SL | 7 | 192 | 32.14 | 2,700.00 | |
| Door signs | 4/6/1999 | 452.00 | SL | 7 | 32 | 5.38 | 452.00 | |
| 2 Air Conditioning units | 5/21/1999 | 3,400.00 | SL | 7 | 161 | 40.48 | 3,400.00 | |
| Carpets - Corp offices | 6/2/1999 | 4,915.00 | SL | 7 | 234 | 58.51 | 4,915.00 | |
| Carpets - MRSI | 7/19/1999 | 9,030.00 | SL | 7 | 268 | 107.50 | 9,030.00 | |
| 3 Day Blinds | 8/5/1999 | 148.36 | SL | 7 | 1.55 | 1.77 | 148.36 | |
| Carpets - Exec offices | 8/10/1999 | 3,378.00 | SL | 7 | 60 | 40.21 | 3,378.00 | |
| Carpets - MRSI conf room | 9/9/1999 | 980.00 | SL | 7 | 11 | 11.67 | 980.00 | |
| Carpets - Carpet One | 12/3/1999 | 535.00 | SL | 7 | 0 | 6.37 | 535.00 | |
| J.S.S. Carpets-install | 2/8/2000 | 1,633.00 | SL | 7 | 0 | 19.44 | 1,633.00 | |
| J.S.S. Carpets-install | 5/16/2000 | 8,460.00 | SL | 7 | 0 | 100.71 | 8,460.00 | |
| J.S.S. Carpets-install | 8/23/2000 | 1,915.00 | SL | 7 | 0 | 22.80 | 1,915.00 | |
| J.S.S. Carpets-install | 9/12/2000 | 1,298.00 | SL | 7 | 0 | 15.45 | 1,298.00 | |
| IMS adjustments | 9/12/2000 | | | | | | 2,382.90 | |
| Reverse IMS adjustments | 10/1/2000 | | | | | | (2,382.90) | |
| The Home Depot CRC | 1/24/2001 | 777.49 | SL | 7 | 0 | 9.26 | 742.32 | |
| J.S.S. Carpets-install | 1/29/2001 | 11,590.00 | SL | 7 | 0 | 137.98 | 11,042.69 | |
| J.S.S. Carpets-install | 1/29/2001 | 4,235.00 | SL | 7 | 0 | 50.42 | 4,035.01 | |
| J & T Painting | 1/31/2001 | 9,400.00 | SL | 7 | 0 | 111.90 | 8,952.38 | |
| J & T Painting | 3/31/2001 | 10,000.00 | SL | 7 | 0 | 119.05 | 9,285.71 | |
| J.S.S. Carpets-install | 4/30/2001 | 8,169.00 | SL | 7 | 0 | 97.25 | 7,488.25 | |
| Spec I&M, inc. | 5/7/2001 | 4,568.63 | SL | 7 | 0 | 54.39 | 4,175.22 | |
| Spec I&M, inc. | 5/11/2001 | 14,675.51 | SL | 7 | 0 | 174.71 | 13,388.49 | |
| Spec I&M, inc. | 5/21/2001 | 4,595.63 | SL | 7 | 0 | 54.71 | 4,174.36 | 421.27 |
| Newport Business Interiors | 7/18/2001 | 418.78 | SL | 7 | 0 | 4.99 | 370.92 | 47.86 |
| J.S.S. Carpets-install | 7/25/2001 | 7,845.50 | SL | 7 | 0 | 93.40 | 6,927.08 | 918.42 |
| Newport Business Interiors | 7/30/2001 | 418.78 | SL | 7 | 0 | 4.99 | 368.93 | 49.85 |
| Spec I&M, inc. | 8/3/2001 | 7,134.99 | SL | 7 | 0 | 84.94 | 6,277.09 | 857.90 |
| Spec I&M, inc. | 9/18/2001 | 1,049.00 | SL | 7 | 0 | 12.49 | 904.14 | 144.86 |
| Spec I&M, inc. | 9/19/2001 | 2,248.89 | SL | 7 | 0 | 26.77 | 1,937.44 | 311.45 |
| Spec I&M, inc. | 10/29/2001 | 2,500.00 | SL | 7 | 0 | 29.76 | 2,114.09 | 385.91 |
| JSS Carpet One | 1/7/2002 | 989.00 | SL | 7 | 0 | 11.77 | 809.65 | 179.35 |
| JSS Carpet One | 7/23/2002 | 450.00 | SL | 7 | 0 | 5.36 | 333.39 | 116.61 |
| JSS Carpet One | 10/23/2002 | 495.00 | SL | 7 | 0 | 5.89 | 349.05 | 145.95 |
| Vortex | 11/1/2002 | 637.00 | SL | 7 | 0 | 7.58 | 447.16 | 189.84 |
| Walnut Carpet | 1/27/2004 | 2,900.00 | SL | 7 | 0 | 34.52 | 1,522.50 | 1,377.50 |
| Walnut Carpet | 2/3/2004 | (300.00) | | | | | (300.00) | - |
| BMS TENANT IMPROV'T | 5/1/2007 | 3,283.71 | | | | | 3,283.71 | - |
| BMS TENANT IMPROV'T | 5/3/2007 | 1,105.78 | SL | 7 | 0 | 13.16 | 64.50 | 1,041.28 |
| BMS TENANT IMPROV'T | 5/11/2007 | 1,214.38 | SL | 7 | 0 | 14.46 | 66.98 | 1,147.40 |
| BMS TENANT IMPROV'T | 5/22/2007 | 1,543.70 | SL | 7 | 0 | 18.38 | 78.41 | 1,465.29 |
| Felipe Santa Cruz | 5/23/2007 | 2,500.00 | SL | 7 | 0 | 29.76 | 125.99 | 2,374.01 |
| Tiffany's Glass & Mirror | 5/29/2007 | 1,074.94 | SL | 7 | 0 | 12.80 | 51.61 | 1,023.33 |
| BMS TENANT IMPROV'T | 5/30/2007 | 813.22 | SL | 7 | 0 | 9.68 | 38.72 | 774.50 |
| BMS TENANT IMPROV'T | 6/4/2007 | 1,180.37 | SL | 7 | 0 | 14.05 | 54.33 | 1,126.04 |
| Highland roofing | 8/2/2007 | 4,300.00 | SL | 7 | 0 | 51.19 | 98.97 | 4,201.03 |
| Immaterial difference to GL | | (400.00) | | | | | (400.00) | - |
| Reconciled Balance w/ GL | | 207,132.66 | | | | 7,743.18 | 2,435.11 184,527.45 | 18,299.65 |

**Leasehold Improvements**

**Furniture**

| Description | Date Acq | Cost | Method | Life | 9/30/1999 Accumulated Deprec | Monthly Deprec | 9/30/2007 Accumulated Deprec | Net |
|---|---|---|---|---|---|---|---|---|
| Desk - Keyes | 3/27/1998 | 1,105.00 | SL | 7 | 156.00 | 13.15 | 1,105.00 | - |
| Telephone System | 3/31/1998 | 17,820.00 | SL | 7 | - | 212.14 | 17,820.00 | - |
| File cabinets - GG | 4/24/1998 | 1,759.00 | SL | 7 | 355.00 | 20.94 | 1,759.00 | - |
| Credenza/Conf Table-RK | 6/3/1998 | 2,261.00 | SL | 7 | 431.00 | 26.92 | 2,261.00 | - |
| 11 Chairs - Train Center | 7/17/1998 | 2,015.00 | SL | 7 | 358.00 | 23.99 | 2,015.00 | - |
| 11 Chairs - Train Center | 7/27/1998 | 2,015.00 | SL | 7 | 358.00 | 23.99 | 2,015.00 | - |
| Break Room Table | 8/18/1998 | 331.00 | SL | 7 | 51.00 | 3.94 | 331.00 | - |
| Desks/Crendenza - MCS | 9/1/1998 | 6,641.00 | SL | 7 | 1,027.00 | 79.06 | 6,641.00 | - |
| Chairs - RK | 9/2/1998 | 800.00 | SL | 7 | 123.00 | 9.52 | 800.00 | - |
| Monitor/keyboard | 9/3/1998 | 364.00 | SL | 7 | - | 4.33 | 364.00 | - |
| 13 task chairs | 9/8/1998 | 3,106.58 | SL | 7 | 591.73 | 36.98 | 3,106.58 | - |
| Chairs - MCSI/LSI | 9/16/1998 | 2,148.00 | SL | 7 | 318.00 | 25.57 | 2,148.00 | - |
| Furniture - MCSI/LSI | 9/16/1998 | 60,685.00 | SL | 7 | 9,030.00 | 722.44 | 60,685.00 | - |
| 11 Chairs - MCSI/LSI | 9/22/1998 | 1,799.00 | SL | 7 | 264.00 | 21.42 | 1,799.00 | - |
| Desk/Conf Table - MO | 10/14/1998 | 1,943.00 | SL | 7 | 277 | 23.13 | 1,943.00 | - |
| Nevada Office Furniture | 10/14/1998 | 867.00 | SL | 7 | - | 10.32 | 867.00 | - |
| Exec Chair - | 10/19/1998 | 440.00 | SL | 7 | 62 | 5.24 | 440.00 | - |
| 2 drawer file - GG | 10/29/1998 | 806.00 | SL | 7 | 115.00 | 9.60 | 806.00 | - |
| File Cabinet | 11/1/1998 | 1,300.00 | SL | 7 | - | 15.48 | 1,300.00 | - |
| Nevada Office Monitors | 11/10/1998 | 815.00 | SL | 7 | - | 9.70 | 815.00 | - |
| 4 drawer file - Legal | 11/23/1998 | 1,091.00 | SL | 7 | 130.00 | 12.99 | 1,091.00 | - |
| Nevada Office Furniture | 11/24/1998 | 867.00 | SL | 7 | - | 10.32 | 867.00 | - |
| Exec chair/credenza - MO | 12/11/1998 | 2,604.00 | SL | 7 | 295 | 31.00 | 2,604.00 | - |
| 2 drawer file - JCH | 12/23/1998 | 705.00 | SL | 7 | 76.00 | 8.39 | 705.00 | - |
| 5 Metal file cabinets | 2/2/1999 | 2,185.17 | SL | 7 | 286.15 | 26.01 | 2,185.17 | - |
| Latham payclock w/ badge | 2/3/1999 | 832.35 | SL | 7 | 109.00 | 9.91 | 832.35 | - |
| 28 workstations - MCSI | 2/11/1999 | 42,459.00 | SL | 7 | 3,790 | 505.46 | 42,459.00 | - |
| 15 chairs - MRSI | 4/30/1999 | 2,101.00 | SL | 7 | 125 | 25.01 | 2,101.00 | - |
| 4 drawer lateral file - Purch | 4/30/1999 | 496.00 | SL | 7 | 29 | 5.90 | 496.00 | - |
| Sitmatic chair - LSI/Niles | 4/30/1999 | 481.00 | SL | 7 | 28 | 5.73 | 481.00 | - |
| Tables/chairs - Employee Lnge | 5/3/1999 | 9,268.00 | SL | 7 | 551 | 110.33 | 9,268.00 | - |
| Capital Lease - workstations | 6/30/1999 | 95,964.00 | SL | 7 | 3,427 | 1,142.43 | 95,964.00 | - |
| Lock boxes/pedestal | 8/17/1999 | 536.00 | SL | 7 | 9.00 | 6.38 | 536.00 | - |
| 4 drawer lateral file - LSI | 8/18/1999 | 970.00 | SL | 7 | 17 | 11.55 | 970.00 | - |
| 50 chairs - MRSI | 8/18/1999 | 6,465.00 | SL | 7 | 115 | 76.96 | 6,465.00 | - |
| 2 Lat Files-4 Drwr -42", w/loc | 12/30/1999 | 991.27 | SL | 7 | - | 11.80 | 991.27 | - |
| 23 Task Chairs - (180) | 12/30/1999 | 2,874.53 | SL | 7 | - | 34.22 | 2,874.53 | - |
| Capital Lease - Dimen | 7/31/2000 | 18,476.63 | SL | 7 | 109.00 | 219.96 | 18,476.63 | - |
| File cabinets - JC | 9/18/2000 | 603.37 | SL | 7 | - | 7.18 | 603.37 | - |
| Adjustment to Furniture | 9/30/2000 | | SL | 7 | - | - | 9,094.10 | (9,094.10) |
| Reverse Adjustment to Furniture | 10/1/2000 | | SL | 7 | - | - | (9,094.10) | 9,094.10 |
| BKM Total Office of C | 10/26/2000 | 2,223.96 | SL | 7 | 109.00 | 26.48 | 2,201.01 | 22.95 |
| Newport Business | 1/10/2001 | 949.23 | SL | 7 | - | 11.30 | 911.56 | 37.67 |
| Office Depot | 1/15/2001 | 1,208.95 | SL | 7 | - | 14.39 | 1,158.58 | 50.37 |
| Adair Office Furniture | 1/17/2001 | 1,525.16 | SL | 7 | - | 18.16 | 1,460.40 | 64.76 |
| Newport Business | 1/24/2001 | 949.24 | SL | 7 | - | 11.30 | 906.30 | 42.94 |
| Newport Business | 2/16/2001 | 689.60 | SL | 7 | - | 8.21 | 652.38 | 37.22 |
| Tiffany's Glass & Mirrors | 2/16/2001 | 2,566.03 | SL | 7 | - | 30.55 | 2,427.55 | 138.48 |
| Newport Business | 2/28/2001 | 777.00 | SL | 7 | - | 9.25 | 730.75 | 46.25 |
| Adair Office Furniture | 3/15/2001 | 864.30 | SL | 7 | - | 10.29 | 807.71 | 56.59 |
| Office Depot | 3/22/2001 | 1,289.89 | SL | 7 | - | 15.36 | 1,201.85 | 88.04 |
| Newport Business | 4/3/2001 | 13,968.60 | SL | 7 | - | 166.29 | 12,954.21 | 1,014.39 |
| Office Depot | 4/17/2001 | 2,579.79 | SL | 7 | - | 30.71 | 2,378.12 | 201.67 |

**Furniture**

| Description | Date Acq | Cost | Method | Life | 9/30/1999 Accumulated Deprec | Monthly Deprec | 9/30/2007 Accumulated Deprec | Net |
|---|---|---|---|---|---|---|---|---|
| Newport Business | 4/25/2001 | 18,734.20 | SL | 7 | - | 223.03 | 17,210.19 | 1,524.01 |
| Office Depot | 6/21/2001 | 4,525.12 | SL | 7 | - | 53.87 | 4,056.45 | 468.67 |
| Office Depot | 6/21/2001 | 4,921.63 | SL | 7 | - | 58.59 | 4,411.89 | 509.74 |
| Office Depot | 6/21/2001 | 1,362.20 | SL | 7 | - | 16.22 | 1,221.12 | 141.08 |
| Office Depot | 7/20/2001 | 1,078.09 | SL | 7 | - | 12.83 | 954.02 | 124.07 |
| Newport Business | 9/30/2001 | 1,865.13 | SL | 7 | - | 22.20 | 1,598.68 | 266.45 |
| Newport Business | 1/2/2002 | 1,290.55 | SL | 7 | - | 15.36 | 1,059.07 | 231.48 |
| Newport Business | 1/2/2002 | 1,296.54 | SL | 7 | - | 15.44 | 1,063.99 | 232.55 |
| A. Little's Furniture | 8/15/2002 | 3,000.00 | SL | 7 | - | 35.71 | 2,196.43 | 803.57 |
| Newport Business | 4/6/2004 | (10,130.02) | SL | 7 | - | (120.60) | (4,327.37) | (5,802.65) |
| Immaterial diff. to GL | | 0.02 | | | | | 0.02 | - |
| | | 356,526.11 | | | 22,721.88 | 4,244.36 | 356,225.81 | 300.30 |

B6D (Official Form 6D) (12/07)

In re    **RevCare, Inc.**                                           ,    Case No. _____

                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 1**<br>**Union Bank of California**<br>**18300 Von Karman Ave., Suite 250**<br>**Irvine, CA 92612** | | - | **line of credit**<br><br>**Union Bank-Collateral Cash Account to Secure line of credit**<br><br><br>Value $         **1,000,000.00** | | | | **1,000,000.00** | **0.00** |
| Account No.<br><br>**Creditor #: 2**<br>**Union Bank of California**<br>**18300 Von Karman Ave., Suite 250**<br>**Irvine, CA 92612** | | - | **Line of Credit**<br><br>**Union Bank Collateral Cash Account to secure note payable**<br><br><br>Value $         **277,778.00** | | | | **277,778.00** | **0.00** |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

  **0**    continuation sheets attached

|  | Subtotal<br>(Total of this page) | **1,277,778.00** | **0.00** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **1,277,778.00** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **RevCare, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**     continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __**RevCare, Inc.**_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Creditor #: 1**<br>**A&R Associates of San Diego**<br>**P.O. Box 10**<br>**Vista, CA 92085** | | - | | | | | | | **1,943.87** |
| Account No. | | | | security | | | | | |
| **Creditor #: 2**<br>**A-1 Security**<br>**917 S. 1st Street**<br>**Las Vegas, NV 89101** | | - | | | | | | | **139.75** |
| Account No. | | | | | | | | | |
| **Creditor #: 3**<br>**ACC Business**<br>**PO Box 13136**<br>**Newark, NJ 07101-5636** | | - | | | | | | | **1,498.55** |
| Account No. | | | | Services | | | | | |
| **Creditor #: 4**<br>**Access Staffing**<br>**P.O. Box 768**<br>**Midtown Station**<br>**New York, NY 10018** | | - | | | | | | | **236.25** |

___**13**___  continuation sheets attached

Subtotal
(Total of this page)    **3,818.42**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037     S/N:24876-080103    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RevCare, Inc.**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Creditor #: 5** **Accurint** **Accounts Receivable** **PO Box 7247-6157** **Philadelphia, PA 19170-6157** | - | | | | | | 4,596.53 |
| Account No. | | | | | | | |
| **Creditor #: 6** **AICCO, Inc.** **Dept. 7615** **Los Angeles, CA 90084** | - | | | | | | 4,521.77 |
| Account No. | | | | | | | |
| **Creditor #: 7** **American Office Systems** **14771 Myford Rd., Suite C** **Tustin, CA 92780** | - | | | | | | 1,974.44 |
| Account No. | | | | | | | |
| **Creditor #: 8** **Aramark** **502 N. Sheridan St.** **Corona, CA 92880** | - | | | | | | 863.21 |
| Account No. | | | | | | | |
| **Creditor #: 9** **Argyle Solutions, Inc.** **7880 Bent Branch Drive, Suite 150** **Irving, TX 75063** | - | | | | | | 4,973,544.00 |

Sheet no. _**1**___ of _**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **4,985,499.95**

B6F (Official Form 6F) (12/07) - Cont.

In re __**RevCare, Inc.**_____,    Case No. _____
                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Telephone services | | | | |
| Creditor #: 10 AT&T Payment Center Sacramento, CA 95887-0001 | - | | | | | | | |
| | | | | | | | | 19,779.11 |
| Account No. | | | | Services Rendered | | | | |
| Creditor #: 11 Bay Security 770 West 19th Street Costa Mesa, CA 92627 | - | | | | | | | |
| | | | | | | | | 120.00 |
| Account No. | | | | Warrants - 37,284 shares | | | | |
| Creditor #: 12 Bridge Bank, NA 9752 El Camino Real Santa Clara, CA 95050 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Services Rendered | | | | |
| Creditor #: 13 Briggerman Disposal 12949 Telegraph Road Santa Fe Springs, CA 90670 | - | | | | | | | |
| | | | | | | | | 956.84 |
| Account No. | | | | Option holder - 60 shares | | | | |
| Creditor #: 14 Carol Parfitt | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __**2**___ of __**13**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     20,855.95

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **RevCare, Inc.**                                             ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Services Rendered | | | | | | |
| Creditor #: 15 Chandler's Air Conditioning/Refrigeratio 1702 West Fifth Street Santa Ana, CA 92702-2899 | - | | | | | | | 4,146.59 |
| Account No. | | | | | | | | |
| Creditor #: 16 Collection Data Systems 2225 First Street, Suite 102 Simi Valley, CA 93065 | - | | | | | | | 6,530.00 |
| Account No. | | | | | | | | |
| Creditor #: 17 Conference Plus, Inc. 2509 Paysphere Circle Chicago, IL 60674 | - | | | | | | | 55.26 |
| Account No. | | Services Rendered | | | | | | |
| Creditor #: 18 Consolidated Disposal 2531 E. 67th Street Long Beach, CA 90805 | - | | | | | | | 35.00 |
| Account No. | | | | | | | | |
| Creditor #: 19 Corbin & Co. 2603 Main Street, #600 Irvine, CA 92614-4259 | - | | | | | | | 3,500.00 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **14,266.85**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**RevCare, Inc.**_____,   Case No. _____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Creditor #: 20 Courtesy Fire Extinguisher Services 12781 Western Ave., suite B5 Garden Grove, CA 92841 | - | | | | | | 144.00 |
| Account No. | | | Services Rendered | | | | |
| Creditor #: 21 Culligan P.O. Box 5277 Carol Stream, IL 60197 | - | | | | | | 58.50 |
| Account No. | | | Option holder - 60 shares | | | | |
| Creditor #: 22 Cynthia Banta 1710 Maxwell Ln, Unit D Corona, CA 92881 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Creditor #: 23 Cypress City Center, LLC c/o Jamison Services, Inc. 3530 Wilshire Blvd, Suite 1800 Los Angeles, CA 90010 | - | | | | | | 101,187.03 |
| Account No. | | | | | | | |
| Creditor #: 24 Cypress Lock and Safe PO Box 925 Cypress, CA 90630 | - | | | | | | 128.49 |

Sheet no. __**4**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **101,518.02**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **RevCare, Inc.**_____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Creditor #: 25**<br>**Dell Financial Services**<br>**Payment Processing Center**<br>**4284 Collection Center Dr.** | - | | | | | | 6,757.84 |
| Account No. | | | | | | | |
| **Creditor #: 26**<br>**Dell Marketing LP**<br>**PO Box 91096**<br>**Pasadena, CA 91110-0918** | - | | | | | | 3,681.95 |
| Account No. | | | Services Rendered | | | | |
| **Creditor #: 27**<br>**Department of Industrial Relations**<br>**P.O. Box 420603**<br>**San Francisco, CA 94142** | - | | | | | | 105.00 |
| Account No. | | | | | | | |
| **Creditor #: 28**<br>**Dorsey & Whitney, LLP**<br>**File 074426**<br>**PO Box 60000**<br>**San Francisco, CA 94160** | - | | | | | | 46,764.41 |
| Account No. | | | Advertising | | | | |
| **Creditor #: 29**<br>**Embarq**<br>**PO Box 96031**<br>**Charlotte, NC 28296-0031** | - | | | | | | 943.74 |

Sheet no. __5__ of __13__ sheets attached to Schedule of          Subtotal            58,252.94
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**RevCare, Inc.**_____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Services Rendered | | | | |
| Creditor #: 30 Emdeon Business Services 1283 Murfreesboro Nashville, TN 37217 | - | | | | | | | | 520.00 |
| Account No. | | | | | | | | | |
| Creditor #: 31 Equicare Capital, LLC 7880 Bent Branch Drive, Suite 150 Irving, TX 75063 | - | | | | | | | | 4,398,131.00 |
| Account No. | | | | | | | | | |
| Creditor #: 32 Experian Dept. 1971 Los Angeles, CA 90088-1971 | - | | | | | | | | 370.59 |
| Account No. | | | | | Services Rendered | | | | |
| Creditor #: 33 Fair Isaac 3661 Valley Centre Drive San Diego, CA 92130 | - | | | | | | | | 150.00 |
| Account No. | | | | | Promissory Note | | | | |
| Creditor #: 34 FBR Financial Services/attn Scott Bryant Pine Creek Partners, LLC 1055 Thomas Jefferson Street, NW Suite 218 Washington, DC 20007-5256 | - | | | | | | | | 2,592,910.55 |

Sheet no. __6___ of __13___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,992,082.14**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **RevCare, Inc.**                                                                                   ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Creditor #: 35** **First Communications, LLC** P.O. Box 89406 Cleveland, OH 44101 | - | | | | | | | 28.61 |
| Account No. **Creditor #: 36** **Gary Bemis** 5400 Orange Ave., Suite 230 Cypress, CA 90630 | - | | | Option holder - 160 shares | | | | 0.00 |
| Account No. **Creditor #: 37** **Global Crossing Telecommunication** PO Box 790407 Saint Louis, MO 63179-0407 | - | | | | | | | 735.12 |
| Account No. **Creditor #: 38** **Global Crossing Telecommunications** PO Box 741276 Cincinnati, OH 45274-1276 | - | | | | | | | 56.16 |
| Account No. **Creditor #: 39** **Golden State Water** P.O. Box 9016 San Dimas, CA 91773 | - | | | Services Rendered | | | | 869.54 |

Sheet no. __7__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 1,689.43

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **RevCare, Inc.**                                              ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | | | | | |
| **Creditor #: 40**<br>**Insight**<br>**PO Box 78825**<br>**Phoenix, AZ 85062-8825** | | - | | | | | | 19,486.08 |
| Account No. | | | | | | | | |
| **Creditor #: 41**<br>**Instant Signs**<br>**5262 Lincoln Ave.**<br>**Cypress, CA 90630** | | - | | | | | | 129.30 |
| Account No. | | | | Services Rendered | | | | |
| **Creditor #: 42**<br>**Lee & Rosenberger**<br>**135 West Green Street, Suite 100**<br>**Pasadena, CA 91105** | | - | | | | | | 3,263.65 |
| Account No. | | | | | | | | |
| **Creditor #: 43**<br>**Lithographic Network**<br>**13534 E. Imperial Hwy.**<br>**Unit D**<br>**Santa Fe Springs, CA 90670** | | - | | | | | | 2,685.95 |
| Account No. | | | | Option holder - 13,846 shares | | | | |
| **Creditor #: 44**<br>**Manny Occiano** | | - | | | | | | 0.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | 25,564.98 |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **RevCare, Inc.** _____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services Rendered | | | | |
| Creditor #: 45 MCI 500 Technology Drive, Suite 870 Weldon Springs, MO 63304 | - | | | | | | 16.00 |
| Account No. | | | Services Rendered | | | | |
| Creditor #: 46 Nevada Power Co. P.O. Box 98910 Las Vegas, NV 89151-0001 | - | | | | | | 58.69 |
| Account No. | | | Services Rendered | | | | |
| Creditor #: 47 Niagra Distributing 17842 Cowan Irvine, CA 92614 | - | | | | | | 14.75 |
| Account No. | | | | | | | |
| Creditor #: 48 Ontario Systems 75 Remittance Dr., Ste. 6100 Chicago, IL 60675-6100 | - | | | | | | 20,903.54 |
| Account No. | | | | | | | |
| Creditor #: 49 Pacific Management Co., LLC PO Box 998 Palos Verdes Peninsula, CA 90274 | - | | | | | | 690.00 |

Sheet no. __9__ of __13__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)        21,682.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **RevCare, Inc.**                                                         ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 50**<br>**PCS Information Group**<br>**P.O. Box 77777-6540**<br>**Philadelphia, PA 19175** | - | | **Services Rendered** | | | | **68,852.43** |
| Account No.<br>**Creditor #: 51**<br>**Pillsbury Winthrop**<br>**File #72391-21**<br>**PO Box 6000**<br>**San Francisco, CA 94160-2391** | - | | **Legal Fees** | | | | **144,638.00** |
| Account No.<br>**Creditor #: 52**<br>**Pitney Bowes**<br>**PO Box 856390**<br>**Louisville, KY 40285** | - | | | | | | **9,953.59** |
| Account No.<br>**Creditor #: 53**<br>**PracticeXpert, Inc.**<br>**23975 Park Sorrento**<br>**Suite 110**<br>**Calabasas, CA 91302** | - | | **2006**<br>**business agreement** | X | X | X | **Unknown** |
| Account No.<br>**Creditor #: 54**<br>**Robert Perez**<br>**9752 Villa Woods Drive**<br>**Villa Park, CA 92861** | - | | **Promissory Note-convertible to 1,050,000 shares** | | | | **450,000.00** |

Sheet no. __**10**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **673,444.02**

B6F (Official Form 6F) (12/07) - Cont.

In re __**RevCare, Inc.**_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Interest/commissions | | | | |
| **Creditor #: 55**<br>**Robert Perez** | | - | | | | | | |
| | | | | | | | | **5,960.59** |
| Account No. | | | | Services Rendered | | | | |
| **Creditor #: 56**<br>**San Diego Gas & Electric**<br>**P.O. Box 25111**<br>**Santa Ana, CA 92799** | | - | | | | | | |
| | | | | | | | | **3,748.05** |
| Account No. | | | | Services Rendered | | | | |
| **Creditor #: 57**<br>**Shred-It**<br>**Capo Enterprises Inc.**<br>**PO Box 2077**<br>**Vista, CA 92085-2077** | | - | | | | | | |
| | | | | | | | | **170.00** |
| Account No. | | | | | | | | |
| **Creditor #: 58**<br>**Software Technologies**<br>**PO Box 6886**<br>**Malibu, CA 90264-6886** | | - | | | | | | |
| | | | | | | | | **1,146.39** |
| Account No. | | | | Services Rendered | | | | |
| **Creditor #: 59**<br>**Southern California Edison**<br>**P.O. Box 600**<br>**Rosemead, CA 91771** | | - | | | | | | |
| | | | | | | | | **13,683.04** |

Sheet no. __**11**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **24,708.07**

B6F (Official Form 6F) (12/07) - Cont.

In re   **RevCare, Inc.**                                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 60**<br>**Southwest Communications, Inc.**<br>**Attn: Accounts Receivable**<br>**PO Box 803858**<br>**Kansas City, MO 64180-3858** | - | | | | | | 12,303.85 |
| Account No.<br>**Creditor #: 61**<br>**Staples Business Advantage**<br>**Dept LA 1368**<br>**PO Box 83689**<br>**Chicago, IL 60696-3689** | - | | | | | | 4,899.85 |
| Account No.<br>**Creditor #: 62**<br>**Thomson West**<br>**Thomson West Payment Center**<br>**PO Box 6292**<br>**Carol Stream, IL 60197-6292** | - | | Services Rendered | | | | 1,470.50 |
| Account No.<br>**Creditor #: 63**<br>**Tiffany's Glass and Mirror**<br>**6161 Lincoln Ave.**<br>**Buena Park, CA 90620** | - | | | | | | 416.33 |
| Account No.<br>**Creditor #: 64**<br>**Transunion**<br>**PO Box 99506**<br>**Chicago, IL 60693-9506** | - | | | | | | 19,811.54 |

Sheet no. __12__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        38,902.07

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RevCare, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 65** **Union Bank of California** **18300 Von Karman Ave., Suite 250** **Irvine, CA 92612** | - | | Union Bank Certificate of Deposit - security on line of credit with Capitol Indemnity for collection license | | | | 15,017.00 |
| Account No. **Creditor #: 66** **UPS** **P.O. Box 894820** **Los Angeles, CA 90189** | - | | Services Rendered | | | | 535.00 |
| Account No. **Creditor #: 67** **VMN Flamingo, LLC** **2235 East Flamingo Rd., Ste. 100G** **Las Vegas, NV 89119** | - | | Rent | | | | 1,540.50 |
| Account No. **Creditor #: 68** **West Coast Internet** **P.O. Box 7598** **Capistrano Beach, CA 92624** | - | | Services Rendered | | | | 444.00 |
| Account No. **Creditor #: 69** **Xerox Corporation** **P.O. Box 7405** **Pasadena, CA 91109-7405** | - | | Copier Lease | | | | 1,567.61 |

Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **19,104.11**

Total
(Report on Summary of Schedules)  **12,981,389.93**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **RevCare, Inc.**                                                          ,    Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Cypress City Central, LLC**<br>**3530 Wilshire Blvd., Suite 1800**<br>**Los Angeles, CA 90010** | **Office Lease Agreement for Cypress, CA office space - expires July 2016** |
| **Dell Financial Services**<br>**Payment Processing Center**<br>**4284 Collection Center Dr.** | **Computer Equipment** |
| **VMN Flamingo, LLC**<br>**2235 East Flamingo Rd., Ste. 100G**<br>**Las Vegas, NV 89119** | **Office Lease for Las Vegas, NV--Month to Month** |
| **Xerox Corporation**<br>**P.O. Box 7405**<br>**Pasadena, CA 91109-7405** | **Copy Equipment** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **RevCare, Inc.**                                              ,        Case No. _____
                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **RevCare, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO Equicare Capital, Inc. of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**32**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 11, 2008**

Signature    **/s/ Brian Bezdek**

**Brian Bezdek**
**CFO Equicare Capital, Inc.**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re __**RevCare, Inc.**_____   Case No. _____
                                    Debtor(s)           Chapter   __7_____

# STATEMENT OF FINANCIAL AFFAIRS

   This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

   Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

   *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

   *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,043,000.00** | **Year to Date 2007 Revenue is $4,043,000 and Net Loss is $7,706,000** |
| **$5,238,000.00** | **For 2006 Revenue was $5,238,000 and Net Loss was $4,079,000** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

2

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Pillsbury Winthrop** | **monthly** | **$6,000.00** | **$144,638.00** |
| **See attached** | | **$0.00** | **$0.00** |

None ■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Higgins vs. RevCare, Inc., Case No. SC 092686** | **breach of contract** | **Superior Court, Los Angeles, West District of California** | **In discovery** |

None ■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5.  Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP TO<br>DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Goldsmith & Guymon**<br>**2055 N. Village Center Circle**<br>**Las Vegas, NV 89134** | **December 2007**<br>**Equicare Capital , LLC** | **$5,000.00** |

4

### 10. Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

5

**15.  Prior address of debtor**

None

■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

**16. Spouses and Former Spouses**

None

■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|-------------------|

None

■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|-------------------|

None

■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|----------------------------------------|---------------|-----------------------|

6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Jesette Fortuno**<br>**8651 La Salle Street**<br>**Cypress, CA 90630** | **Employed for two years - 2005 through 2007** |
| **Jo Anne Adeva**<br>**8651 La Salle Street**<br>**Cypress, CA 90630** | **Employed over 2 years - 2005 through 2007** |
| **John Keefe**<br>**P.O. Box 230713**<br>**Encinitas, CA 92023** | **Employed January 2007 to October 2007** |
| **Chris Fortuno**<br>**8651 La Salle Street**<br>**Cypress, CA 90630** | **Employed over 2 years - 2005 through 2007** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Squar, Milner, Peterson** | | **2005-2006** |

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Mayer Hoffman McCann PC** | | **2004-2005** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Jesette Fortuno** | **7880 Bent Branch Drive**<br>**Irving, TX 75063** |
| **Jo Anne Adeva** | **7880 Bent Branch Drive**<br>**Irving, TX 75063** |
| **Brian Bezdek** | **7880 Bent Branch Drive**<br>**Irving, TX 75063** |
| **Sandra Gary** | **7880 Bent Branch Drive**<br>**Irving, TX 75063** |
| **Gary Bemis** | **5400 Orange Ave., Suite 230**<br>**Cypress, CA 90630** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Union Bank of California** | **Annually** |

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Carl Reyes** | **EVP** | |
| **Becky Cloud**<br>**5400 Orange Avenue, Suite 200**<br>**Cypress, CA** | **VP** | |
| **Robert Tam** | **Director** | |

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Jose Soriano** | **Director** | |
| **Equicare Capital LLC**<br>**1050 Los Vallecitos Blvd., Suite 104**<br>**San Marcos, CA 92069** | | **Common Stock - 14,000,000 shares** |
| **FBR Financial Services Partners, LP**<br>**c/o Pine Creek Partners**<br>**1248 30th St., N.W.**<br>**Washington, DC 20007** | | **Common Stock, 4,500,000 shares** |
| **Farrest Hayden**<br>**PO Box 814**<br>**Los Alamitos, CA 90720** | | **121,088 preferred stock at 35.100%** |
| **Otto Lacayo**<br>**9611 Glennbrook St.**<br>**Cypress, CA 90630** | | **117,060 preferred stock at 33.900%** |
| **Thomas Ziegler**<br>**1792 Troy Lane**<br>**Oceanside, CA 92054** | | **106,852 preferred stock at 31.000%** |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Greg Meredith** | **VP - Secretary** | **November 2007** |
| **Manny Occiano** | **CEO** | **December 2007** |
| **John Treiman** | **CIO** | **12/14/07** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **January 11, 2008**                 Signature   **/s/ Brian Bezdek**
                                                     **Brian Bezdek**
                                                       **CFO Equicare Capital, Inc.**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

SOFA #3

REVCARE CHECK REGISTER - NON PAYROLL
2/1/2007-11/20/2007

| Vendor Check Name | Amount |
|---|---|
| @COMM CORPORATION Total | $5,368.61 |
| A-1 SECURITY, LTD Total | $277.60 |
| AACA Total | $78.00 |
| ACA INTERNATIONAL Total | $2,765.00 |
| ACC BUSINESS Total | $4,338.36 |
| ACCERIS Total | $131.54 |
| ACCURINT Total | $20,208.63 |
| ACTUARIAL BENEFITS CO. Total | $4,002.50 |
| ADECCO Total | $2,493.90 |
| ERICSON ADINING Total | $250.00 |
| ADMINISTAFF COMPANIES INC. Total | $4,911.00 |
| AMERICAN HEALTH LAWYERS ASSOC. Total | $395.00 |
| AICCO,INC. Total | $27,843.30 |
| John G. Alevizos DO, Inc Total | $123.25 |
| ALLOUT MARKETING INC Total | $32,614.00 |
| The ALS Association Total | $500.00 |
| PERRY ALVAREZ Total | $1,500.00 |
| American Office Systems Total | $2,117.28 |
| AMSHER COLLECTION SERVICES Total | $2,835.71 |
| ARAMARK Refreshment Services Total | $5,560.58 |
| AR ASSIST Total | $9,751.60 |
| A & R ASSOCIATES OF SAN DIEGO Total | $8,377.72 |
| Argyle Solutions Inc. Total | $2,127.80 |
| ASSURED DOCUMENT DESTRUCTION,I Total | $101.95 |
| Melissa Avila Total | $250.00 |
| Catherine Bachelier Smith Total | $4,000.00 |
| JODY BACON Total | $84.83 |
| CYNTHIA BANTA Total | $1,491.91 |
| Baptist Health Systems Total | $72.25 |
| BARRACUDA NETWORKS Total | $4,691.92 |
| BAY SECURITY & COMMUNICATIONS, Total | $660.00 |
| BBB OF THE SOUTHLAND, INC. Total | $895.00 |
| GARY BEMIS Total | $57,933.29 |
| BEVERLY HOSPITAL FOUNDATION Total | $2,500.00 |
| BIBBERO SYSTEMS INC. Total | $76.99 |
| BIRD ROCK SYSTEMS, INC Total | $4,800.57 |
| CINDY BIRSE Total | $6,146.19 |
| BUILDING MAINTENANCE SERVICES Total | $53,392.55 |
| STATE BOARD OF EQUILIZATION Total | $441.00 |
| ARIEH BREZINER Total | $3,621.09 |
| BRIGGEMAN DISPOSAL Total | $3,455.88 |
| Budget Plumbing Drain & Backfl Total | $754.05 |
| CALL ONE Total | $2,708.24 |

| Vendor Check Name | Amount |
|---|---|
| **Carroll Plumbing Total** | $107.50 |
| **CARVAL INVESTORS Total** | $59,400.00 |
| **CASTLE MEDICAL CENTER Total** | $23,762.79 |
| **CDW DIRECT, LLC Total** | $561.18 |
| **CENTURY 21 SUNNY HILLS Total** | $2,452.80 |
| **STEVE CHAMBERS Total** | $634.95 |
| **CHANDLER'S AIR CONDITIONING & Total** | $5,086.33 |
| **EDWARD J. CHOI, ESQ Total** | $500.00 |
| **CINTAS DOCUMENT MANAGEMENT Total** | $476.00 |
| **CITIBUSINESS CARD Total** | $6,335.49 |
| **CITICORP VENDOR FINANCE, INC. Total** | $14,400.00 |
| **CITY OF BUFFALO Total** | $315.00 |
| **CITY OF CYPRESS Total** | $1,823.82 |
| **BECKY CLOUD Total** | $15,100.65 |
| **COLLECTION DATA SYSTEMS Total** | $15,650.00 |
| **COLLINS COMPUTING Total** | $1,665.00 |
| **COMERICA BANK-CALIFORNIA Total** | $871.67 |
| **ADRIANA COMPARAN Total** | $100.40 |
| **CONFERENCE PLUS, INC. Total** | $1,297.35 |
| **DAVE COOPER Total** | $2,460.51 |
| **COPY AMERICA Total** | $7,052.42 |
| **CORNERSTONE SUPPORT INC. Total** | $899.24 |
| **COURTESY FIRE EXTINGUISHER SER Total** | $267.50 |
| **CREATIVE SYNERGY Total** | $1,313.12 |
| **CT CORPORATION SYSTEMS Total** | $1,590.60 |
| **CYPRESS CITY CENTER, LLC Total** | $254,563.58 |
| **CYPRESS LOCK & SAFE Total** | $525.81 |
| **CYPRESS POLICE DEPT. Total** | $100.00 |
| **DEBORAH DAVIS Total** | $500.00 |
| **ANTHONY DE LA ROSA Total** | $53.88 |
| **Delaware Secretary of State Total** | $200.00 |
| **DELL FINANCIAL SERVICES L.P. Total** | $211,449.37 |
| **DELL MARKETING L.P. Total** | $106,810.41 |
| **Jennifer Dery Photography Total** | $2,155.00 |
| **CRYSTAL DEXTER Total** | $33,312.83 |
| **Digital Speech Systems, Inc. Total** | $2,700.00 |
| **DIGITAL MATRIX SYSTEMS, INC. Total** | $180.00 |
| **Willie Dodson Total** | $48.95 |
| **DORSEY & WHITNEY LLP Total** | $106,716.04 |
| **DWC REVOLVING FUND Total** | $21.20 |
| **E-OSCAR-WEB Total** | $993.75 |
| **EXPERIAN Total** | $1,716.71 |
| **Fair Isaac Software Inc. Total** | $885.00 |
| **ELENITA FAJOTA Total** | $500.00 |
| **MICHAEL FANNIN Total** | $100.00 |
| **DAVID R. FLECK Total** | $575.00 |

| Vendor Check Name | Amount |
|---|---|
| JESETTE FORTUNO Total | $483.44 |
| CHRISTOPHER FORTUNO Total | $8,893.61 |
| Wayne Foster Entertainment Total | $14,800.00 |
| FRANCHISE TAX BOARD Total | $22,469.04 |
| JANE GIRADO Total | $98.53 |
| GLOBAL CROSSING TELECOMMUNICAT Total | $214.76 |
| Global Crossing Conferencing Total | $722.41 |
| BARBARA GOODMAN Total | $80.39 |
| Granite Asset Management Total | $22,770.00 |
| HENRY GRANT JR. Total | $253.23 |
| GREENWOOD HEATING & AIR COND Total | $540.00 |
| ANNE GROSS Total | $46.53 |
| Guarantee Termite Control, Inc Total | $600.00 |
| MICHAEL GUNN Total | $4,272.29 |
| MARY HARD Total | $535.67 |
| The Hartford Total | $18,464.53 |
| HEARTLAND INVESTIGATIVE GROUP Total | $80.36 |
| GARY HERBERT, CPA Total | $28,750.00 |
| HIGGS, FLETCHER & MACK LLP Total | $18,085.56 |
| Highland Commercial Roofing Total | $4,300.00 |
| VERONICA HOBSON Total | $1,149.81 |
| Hornblower Yachts, Inc. Total | $20,629.80 |
| HORNE LLP Total | $330.00 |
| GE HEALTHCARE IITS US CORP Total | $475.72 |
| ROBERT J PEREZ Total | $1,748.33 |
| SUSAN COLCOL-INES Total | $44.17 |
| INSIGHT Total | $14,852.64 |
| ACXIOM INSIGHT Total | $6,250.00 |
| INSTANT SIGNS Total | $732.71 |
| INTEGRATED TECHNOLOGY Total | $20,936.06 |
| INTERNAL REVENUE SERVICES Total | $1,155.71 |
| Isari Flowers Total | $5,748.47 |
| JDA EHEALTH SYSTEMS INC. Total | $600.00 |
| Jose Martinez Tree Service Total | $6,500.00 |
| JOHN KEEFE Total | $125,231.80 |
| David Klingenhofer Total | $500.00 |
| La Palma Intercommunity Hosp Total | $27.50 |
| WILMA LAURETA Total | $1,076.10 |
| Lewis Brisbois Bisgaard & Smit Total | $9,901.53 |
| TONY LILLARD Total | $500.00 |
| LITHOGRAPHIC NETWORK Total | $13,187.03 |
| AUGUSTIN LOPEZ Total | $685.30 |
| JON LOWENBERG Total | $2,362.34 |
| MARCIN BARRERA LLP Total | $1,378.25 |
| MAYER HOFFMAN MCCANN Total | $8,681.61 |
| McBride Electric Total | $968.00 |

| Vendor Check Name | Amount |
|---|---|
| ERICA MCGOOKIN Total | $850.30 |
| LUCAS MCGREW Total | $1,418.28 |
| MCI Total | $1,324.55 |
| MEDASSETS Total | $400.00 |
| Medassist Total | $749.23 |
| EMDEON BUSINESS SERVICES Total | $2,080.00 |
| GREG MEREDITH Total | $19,473.91 |
| SONYA MIMMS Total | $264.23 |
| RUSSELL MOHRMANN Total | $94,577.20 |
| MONSTER WORLDWIDE Total | $466.67 |
| MONSTER INC Total | $933.34 |
| NATIONAL AIR & ENERGY Total | $5,170.65 |
| Nationwide Recovery Services Total | $1,318.91 |
| NAVINT CONSULTING, LLC Total | $1,715.00 |
| National Corporate Research Total | $158.00 |
| NEVADA POWER COMPANY Total | $769.34 |
| NEW HORIZONS CLC OF ANAHEIM, I Total | $1,000.00 |
| NIAGARA DISTRIBUTING Total | $852.75 |
| NORCO DELIVERY SERVICE Total | $54.92 |
| NORTH COUNTY TIMES Total | $1,576.40 |
| North County Coastal Career Ce Total | $225.00 |
| NV Financial Institutions Div Total | $2,098.00 |
| NY DEPARTMENT OF STATE Total | $9.00 |
| Orange Co. Office of the Asses Total | $3.00 |
| MANUEL OCCIANO Total | $55,329.36 |
| ED O'CONNELL Total | $275.90 |
| Amtech Elevator Services Total | $1,300.48 |
| ONTARIO SYSTEMS Total | $359,460.04 |
| ORANGE COUNTY TAX COLLECTOR Total | $18,792.58 |
| ORANGE COUNTY FIRE SERVICES AS Total | $100.00 |
| PACIFIC MANAGEMENT Co, LLC. Total | $5,120.00 |
| ISIDORO PAGUIO Total | $81.64 |
| Paradigm Associates/Tim Carda Total | $267,568.85 |
| CAROL PARFITT Total | $33.95 |
| ELKE PATTON Total | $21,206.80 |
| Precision Document Imaging Total | $1,900.00 |
| ROB PEREZ Total | $43,620.58 |
| JANE GIRADO Total | $58.99 |
| CINDY BIRSE Total | $200.00 |
| PILLSBURY WINTHROP Total | $16,000.00 |
| ROSENDO PITIQUEN Total | $110.47 |
| PITNEY BOWES INC Total | $8,764.17 |
| NORMA PIZZUTO Total | $870.00 |
| PR MEDIA Total | $550.00 |
| PSC INFO GROUP Total | $217,221.86 |
| PURCHASE POWER Total | $20,480.40 |

| Vendor Check Name | Amount |
|---|---|
| QUADRAMED CORPORATION Total | $63,243.82 |
| QWEST Total | $7.46 |
| BARBARA REDL Total | $993.57 |
| RESUMATE Total | $1,585.00 |
| CARL REYES Total | $66,074.74 |
| Richard G. Reyes Total | $1,159.64 |
| RNFA SERVICES ASSOCIATES Total | $900.04 |
| LEE & ROSENBERGER Total | $18,621.39 |
| Royal Flush Enterprises Total | $17,800.00 |
| RYCOM INC. Total | $9,635.72 |
| SAFEGUARD BUSINESS SYSTEMS Total | $1,428.02 |
| FELIPE SANTA CRUZ Total | $2,500.00 |
| SBC Total | $28,515.96 |
| SBC LONG DISTANCE Total | $29,186.77 |
| SOUTHERN CALIFORNIA EDISON Total | $63,365.65 |
| Southwest Communications Inc. Total | $43,646.03 |
| GOLDEN STATE WATER COMPANY Total | $3,183.30 |
| SDA SECURITY SYSTEMS, INC Total | $2,204.82 |
| SAN DIEGO GAS & ELECTRIC Total | $26,735.86 |
| SEARS HOME CENTRAL Total | $60.00 |
| SECRETARY OF STATE Total | $250.00 |
| CALIFORNIA SECRETARY OF STATE Total | $100.00 |
| SHRED-IT Total | $400.00 |
| SIGMANET INC. Total | $10,930.42 |
| MICHAEL SLATER Total | $2,160.35 |
| Richelle Smith Total | $1,074.97 |
| SOFTWARE TECHNOLOGIES Total | $2,086.24 |
| South Bay Document Destruction Total | $1,280.00 |
| SPRINT Total | $2,670.15 |
| Squar Milner Miranda & william Total | $150,000.00 |
| STAPLES BUSINESS ADVANTAGE Total | $17,937.87 |
| STATE OF NEVADA Total | $200.00 |
| STELLAR SPECIALTIES Total | $819.09 |
| Success Advertising Inc. Total | $60,604.24 |
| SULLIVAN CURTIS MONROE Total | $3,912.19 |
| SUPERIOR PRESS Total | $285.30 |
| JOAN SWANSON Total | $290.02 |
| Talbert Family Foundation Total | $1,000.00 |
| ELYSE TAYLOR Total | $275.00 |
| TIFFANY'S GLASS & MIRROR, INC. Total | $1,074.94 |
| TOUCHSTAR SOFTWARE CORPORATION Total | $16,458.87 |
| TRANS UNION LLC Total | $139,785.81 |
| JOHN TREIMAN Total | $6,725.37 |
| RODNEY TRUONG Total | $379.84 |
| TVC Communications, L.L.C. Total | $3,368.43 |
| UNION TRIBUNE PUBLISHING CO Total | $3,190.00 |

| Vendor Check Name | Amount |
|---|---|
| UNITED PARCEL SERVICE Total | $541.69 |
| UPS Total | $63.36 |
| URBAN LEAGUE Total | $2,000.00 |
| UNITED STATES POST OFFICE Total | $2,264.00 |
| Mario Valle Total | $100.00 |
| VARISOL II, LLC Total | $5,642.50 |
| VITA VEGA Total | $193.67 |
| VERIZON WIRELESS Total | $18,789.68 |
| VMN FLAMINGO LLC Total | $12,401.00 |
| VALERIE WAGNER Total | $681.51 |
| Jennifer Welch Total | $6,112.72 |
| WEST COAST INTERNET Total | $3,634.79 |
| WESTERN SIGN SYSTEMS Total | $3,733.00 |
| WESTLAW PAYMENT CENTER Total | $5,864.41 |
| WEST VIRGINIA TAX DEPT Total | $25.00 |
| BETH WILKINSON Total | $123.67 |
| XEROX CORPORATION Total | $3,723.53 |
| Grand Total | $3,617,530.34 |

# United States Bankruptcy Court
## District of Nevada

In re   **RevCare, Inc.**                                                        Case No.

_____                                        Chapter   **7**
                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................... $ | **5,000.00** |
| Prior to the filing of this statement I have received................................... $ | **5,000.00** |
| Balance Due.................................................................................................... $ | **0.00** |

2.  The source of the compensation paid to me was:

    ☐ Debtor        ■ Other (specify):    **Equicare Capital, LLC**

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation in adversary proceedings and/or oppositions to motions filed.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January 11, 2008**                              **/s/ Marjorie A. Guymon, Esq.**
                                                           **Marjorie A. Guymon, Esq. 4983**
                                                           **Goldsmith & Guymon**
                                                           **2055 N. Village Center Circle**
                                                           **Las Vegas, NV 89134**
                                                           **(702) 873-9500   Fax: 702) 873-9600**

---

# United States Bankruptcy Court
## District of Nevada

In re    **RevCare, Inc.**                                       Case No.

                                            Debtor(s)            Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CFO Equicare Capital, Inc. of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 11, 2008**                    **/s/ Brian Bezdek**

                                                  **Brian Bezdek/CFO Equicare Capital, Inc.**

                                                  Signer/Title

```
REVCARE, INC.
5400 ORANGE AVENUE, SUITE 200
CYPRESS, CA 90630

MARJORIE A. GUYMON, ESQ.
GOLDSMITH & GUYMON
2055 N. VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPARTMENT
STOP 5028
110 CITY PARKWAY
LAS VEGAS, NV 89101

OFFICE OF THE US TRUSTEE
300 SOUTH LAS VEGAS BLVD., #4300
LAS VEGAS, NV 89101

DEPARTMENT OF EMPLOYMENT, TRAINING &
REHABILITATION, CONTRIBUTIONS SECTION
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713-0002

DEPARTMENT OF MOTOR VEHICLES & PUBLIC
SAFETY
REGISTRATION DIVISION, MOTOR CARRIER BUR
555 WRIGHT WAY
CARSON CITY, NV 89711-0001

NEVADA DEPT. OF TAXATION
BANKRUPTCY DEPARTMENT
555 EAST WASHINGTON AVENUE, #1300
LAS VEGAS, NV 89110

CLARK COUNTY TREASURER
BANKRUPTCY CLERK
PO BOX 551220
LAS VEGAS, NV 89155-1220

CLARK COUNTY ASSESSOR
BANKRUPTCY CLERK
PO BOX 551401
LAS VEGAS, NV 89155-1401

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPARTMENT
STOP 5028
110 CITY PARKWAY
LAS VEGAS, NV 89101

A&R ASSOCIATES OF SAN DIEGO
P.O. BOX 10
VISTA, CA 92085
```

A-1 SECURITY
917 S. 1ST STREET
LAS VEGAS, NV 89101

ACC BUSINESS
PO BOX 13136
NEWARK, NJ 07101-5636

ACCESS STAFFING
P.O. BOX 768
MIDTOWN STATION
NEW YORK, NY 10018

ACCURINT
ACCOUNTS RECEIVABLE
PO BOX 7247-6157
PHILADELPHIA, PA 19170-6157

AICCO, INC.
DEPT. 7615
LOS ANGELES, CA 90084

AMERICAN OFFICE SYSTEMS
14771 MYFORD RD., SUITE C
TUSTIN, CA 92780

ARAMARK
502 N. SHERIDAN ST.
CORONA, CA 92880

ARGYLE SOLUTIONS, INC.
7880 BENT BRANCH DRIVE, SUITE 150
IRVING, TX 75063

AT&T
PAYMENT CENTER
SACRAMENTO, CA 95887-0001

BAY SECURITY
770 WEST 19TH STREET
COSTA MESA, CA 92627

BRIDGE BANK, NA
9752 EL CAMINO REAL
SANTA CLARA, CA 95050

BRIGGERMAN DISPOSAL
12949 TELEGRAPH ROAD
SANTA FE SPRINGS, CA 90670

CAROL PARFITT

CHANDLER'S AIR CONDITIONING/REFRIGERATIO
1702 WEST FIFTH STREET
SANTA ANA, CA 92702-2899

COLLECTION DATA SYSTEMS
2225 FIRST STREET, SUITE 102
SIMI VALLEY, CA 93065

CONFERENCE PLUS, INC.
2509 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CONSOLIDATED DISPOSAL
2531 E. 67TH STREET
LONG BEACH, CA 90805

CORBIN & CO.
2603 MAIN STREET, #600
IRVINE, CA 92614-4259

COURTESY FIRE EXTINGUISHER SERVICES
12781 WESTERN AVE., SUITE BS
GARDEN GROVE, CA 92841

CULLIGAN
P.O. BOX 5277
CAROL STREAM, IL 60197

CYNTHIA BANTA
1710 MAXWELL LN, UNIT D
CORONA, CA 92881

CYPRESS CITY CENTER, LLC
C/O JAMISON SERVICES, INC.
3530 WILSHIRE BLVD, SUITE 1800
LOS ANGELES, CA 90010

CYPRESS CITY CENTRAL, LLC
3530 WILSHIRE BLVD., SUITE 1800
LOS ANGELES, CA 90010

CYPRESS LOCK AND SAFE
PO BOX 925
CYPRESS, CA 90630

DELL FINANCIAL SERVICES
PAYMENT PROCESSING CENTER
4284 COLLECTION CENTER DR.

DELL MARKETING LP
PO BOX 91096
PASADENA, CA 91110-0918

DEPARTMENT OF INDUSTRIAL RELATIONS
P.O. BOX 420603
SAN FRANCISCO, CA 94142

DORSEY & WHITNEY, LLP
FILE 074426
PO BOX 60000
SAN FRANCISCO, CA 94160

EMBARQ
PO BOX 96031
CHARLOTTE, NC 28296-0031

EMDEON BUSINESS SERVICES
1283 MURFREESBORO
NASHVILLE, TN 37217

EQUICARE CAPITAL, LLC
7880 BENT BRANCH DRIVE, SUITE 150
IRVING, TX 75063

EXPERIAN
DEPT. 1971
LOS ANGELES, CA 90088-1971

FAIR ISAAC
3661 VALLEY CENTRE DRIVE
SAN DIEGO, CA 92130

FBR FINANCIAL SERVICES/ATTN SCOTT BRYANT
PINE CREEK PARTNERS, LLC
1055 THOMAS JEFFERSON STREET, NW
SUITE 218
WASHINGTON, DC 20007-5256

FIRST COMMUNICATIONS, LLC
P.O. BOX 89406
CLEVELAND, OH 44101

GARY BEMIS
5400 ORANGE AVE., SUITE 230
CYPRESS, CA 90630

GLOBAL CROSSING TELECOMMUNICATION
PO BOX 790407
SAINT LOUIS, MO 63179-0407

GLOBAL CROSSING TELECOMMUNICATIONS
PO BOX 741276
CINCINNATI, OH 45274-1276

GOLDEN STATE WATER
P.O. BOX 9016
SAN DIMAS, CA 91773

INSIGHT
PO BOX 78825
PHOENIX, AZ 85062-8825

INSTANT SIGNS
5262 LINCOLN AVE.
CYPRESS, CA 90630

LEE & ROSENBERGER
135 WEST GREEN STREET, SUITE 100
PASADENA, CA 91105

LITHOGRAPHIC NETWORK
13534 E. IMPERIAL HWY.
UNIT D
SANTA FE SPRINGS, CA 90670

MANNY OCCIANO

MCI
500 TECHNOLOGY DRIVE, SUITE 870
WELDON SPRINGS, MO 63304

NEVADA POWER CO.
P.O. BOX 98910
LAS VEGAS, NV 89151-0001

NIAGRA DISTRIBUTING
17842 COWAN
IRVINE, CA 92614

ONTARIO SYSTEMS
75 REMITTANCE DR., STE. 6100
CHICAGO, IL 60675-6100

PACIFIC MANAGEMENT CO., LLC
PO BOX 998
PALOS VERDES PENINSULA, CA 90274

PCS INFORMATION GROUP
P.O. BOX 77777-6540
PHILADELPHIA, PA 19175

PILLSBURY WINTHROP
FILE #72391-21
PO BOX 6000
SAN FRANCISCO, CA 94160-2391

PITNEY BOWES
PO BOX 856390
LOUISVILLE, KY 40285

PRACTICEXPERT, INC.
23975 PARK SORRENTO
SUITE 110
CALABASAS, CA 91302

ROBERT PEREZ
9752 VILLA WOODS DRIVE
VILLA PARK, CA 92861

ROBERT PEREZ


SAN DIEGO GAS & ELECTRIC
P.O. BOX 25111
SANTA ANA, CA 92799

SHRED-IT
CAPO ENTERPRISES INC.
PO BOX 2077
VISTA, CA 92085-2077

SOFTWARE TECHNOLOGIES
PO BOX 6886
MALIBU, CA 90264-6886

SOUTHERN CALIFORNIA EDISON
P.O. BOX 600
ROSEMEAD, CA 91771

SOUTHWEST COMMUNICATIONS, INC.
ATTN: ACCOUNTS RECEIVABLE
PO BOX 803858
KANSAS CITY, MO 64180-3858

STAPLES BUSINESS ADVANTAGE
DEPT LA 1368
PO BOX 83689
CHICAGO, IL 60696-3689

THOMSON WEST
THOMSON WEST PAYMENT CENTER
PO BOX 6292
CAROL STREAM, IL 60197-6292

TIFFANY'S GLASS AND MIRROR
6161 LINCOLN AVE.
BUENA PARK, CA 90620

TRANSUNION
PO BOX 99506
CHICAGO, IL 60693-9506

UNION BANK OF CALIFORNIA
18300 VON KARMAN AVE., SUITE 250
IRVINE, CA 92612

```
UPS
P.O. BOX 894820
LOS ANGELES, CA 90189

VMN FLAMINGO, LLC
2235 EAST FLAMINGO RD., STE. 100G
LAS VEGAS, NV 89119

WEST COAST INTERNET
P.O. BOX 7598
CAPISTRANO BEACH, CA 92624

XEROX CORPORATION
P.O. BOX 7405
PASADENA, CA 91109-7405
```

# United States Bankruptcy Court
### District of Nevada

In re  **RevCare, Inc.**

Case No. _____

Debtor(s)

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __RevCare, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Equicare Capital, LLC**
**1050 Los Vallecitos Blvd., Suite 104**
**San Marcos, CA 92069**

**Farrest Hayden**
**PO Box 814**
**Los Alamitos, CA 90720**

**FBR Financial Services/attn Scott Bryant**
**Pine Creek Partners, LLC**
**1055 Thomas Jefferson Street, NW**
**Suite 218**
**Washington, DC 20007-5256**

**Otto Lacayo**
**9611 Glennbrook St.**
**Cypress, CA 90630**

**Thomas Zeigler**
**1792 Troy Lane**
**Oceanside, CA 92054**

☐ None [*Check if applicable*]

January 11, 2008
_____
Date

/s/ Marjorie A. Guymon, Esq.
_____
**Marjorie A. Guymon, Esq. 4983**
Signature of Attorney or Litigant
Counsel for   **RevCare, Inc.**
**Goldsmith & Guymon**
**2055 N. Village Center Circle**
**Las Vegas, NV 89134**
**(702) 873-9500 Fax:702) 873-9600**